# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **In re: RAVENIA BOYD-GORDON** | ) | |
| | ) | **Civil Action No. 09-2227 (RJL)** |
| | ) | |
| **Plaintiff-Appellant** | ) | |
| | ) | |

## <u>MEMORDANDUM ORDER</u>

Plaintiff-appellant filed this bankruptcy appeal on November 25, 2009. At the time of filing, plaintiff-appellant was directed to Rule 8009 of the Bankruptcy Rules of Procedure, in particular the provision of that Rule which provides in part that "[t]he appellant shall serve and file his brief within fourteen (14) days after entry of the appeal." (*See* Notice of Appeal [# 1] Ex. 1 at 1.)

Unfortunately, plaintiff did not file any such brief. On January 11, 2010, the Court issued an Order which reminded plaintiff of her responsibility under Rule 8009 and allowed her two additional weeks to file a brief. The Court's January 11 Order also informed plaintiff that failure to comply could cause her action to be dismissed. In response, plaintiff submitted a one paragraph request to keep her appeal alive. She has failed to identify any issues for appeal, however, and in the absence of any brief, the Court is unable to consider her appeal further.

Accordingly, due to plaintiff's insufficient response to the Court's Order, it is, this 25th day of February, 2010, hereby

**ORDERED** that this action is DISMISSED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge